IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALFORD MCGUFFIE et al., | : | CIVIL ACTION |
| | : | NO. 09-70095 |
| Plaintiff, | : | |
| v. | : | |
| MEAD CORP. et al., | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **12th day** of **August, 2010,** it is hereby **ORDERED** that Defendant MW Custom Papers, LLC's motion for summary judgment (doc. no. 7) is **GRANTED.**

It is **FURTHER ORDERED** that Defendant's motion to strike (doc. no. 20) is **DENIED** as moot.

**AND IT IS SO ORDERED**.

S/Eduardo C. Robreno

**EDUARDO C. ROBRENO, J.**